August 2, 2008

United States District Court
For the District of Delaware

Civ. No. 08-433-SLR

Dear Sir or Madam,

Enclosed please find the most current 6 month statement of my inmate account for funds held on my behalf at the James T. Vaughn Correctional Center, formerly known as the Delaware Correctional Center. The occasional deposits of $200.00 come as gifts from my mother. The other credits to my account are for my wages I earn as a worker in the Print shop where I currently earn $.42 per hour.

When I filed my case I had planned to submit it in January, but the Department of Corrections appointed a new Warden to this facility so I felt I should follow the grievance process with the new administration before I filed the lawsuit.

I have also enclosed a copy of my Bankruptcy declaration. I filed for Chapter 7 bankruptcy in 2005 and it was finalized in 2007.

Please let me know if you need any further information.

Sincerely,

*Michael Riego*

Michael Riego #350529
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
AUG - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Michael Riego      SBI#: 350529

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   8/1/08

---

Attached are copies of your inmate account statement for the months of February 1, 2008 to July 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 94.20 |
| Mar | 82.77 |
| Apr | 108.32 |
| May | 69.59 |
| Jun | 118.77 |
| Jul | 152.58 |

Average daily balances/6 months: $104.37

Attachments
CC: File

Mercedes Vallin
8/1/08

Janette [signature]
8/1/08

# Individual Statement
## From February 2008 to July 2008

Date Printed: 8/1/2008

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $1.94 |
|---|---|---|---|---|---|---|---|
| 00350529 | RIEGO | MICHAEL | | | | Ending Month Balance: | $85.36 |
| Current Location: | E | | | Comments: | | | |

Page 1 of 3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2008 | $64.75 | $0.00 | $0.00 | $66.69 | 549936 | | 12/24-1/23/08 PI | |
| Canteen | 2/5/2008 | ($26.76) | $0.00 | $0.00 | $39.93 | 551937 | | | |
| Canteen | 2/12/2008 | ($22.04) | $0.00 | $0.00 | $17.89 | 555250 | | | |
| Medical | 2/15/2008 | $0.00 | ($4.00) | $0.00 | $17.89 | 557098 | | | |
| Medical | 2/15/2008 | ($4.00) | $0.00 | $0.00 | $13.89 | 557292 | | 2/6/08 | |
| Mail | 2/19/2008 | $200.00 | $0.00 | $0.00 | $213.89 | 558169 | 1150819678 1 | | G HAMMOND |
| Canteen | 2/19/2008 | ($12.59) | $0.00 | $0.00 | $201.30 | 558511 | | | |
| Canteen | 2/26/2008 | ($33.53) | $0.00 | $0.00 | $167.77 | 561350 | | | |
| Medical | 2/28/2008 | $0.00 | ($4.00) | $0.00 | $167.77 | 562717 | | 12/31/07 | |
| Medical | 2/29/2008 | ($4.00) | $0.00 | $0.00 | $163.77 | 563294 | | 12/31/07 | |
| Misc Wage | 3/3/2008 | $53.88 | $0.00 | $0.00 | $217.65 | 564032 | | 1/24-2/23 DCI | |
| Canteen | 3/4/2008 | ($49.23) | $0.00 | $0.00 | $168.42 | 565087 | | | |
| Pay-To | 3/6/2008 | ($50.00) | $0.00 | $0.00 | $118.42 | 567193 | | SUPERIOR COURT | |
| Canteen | 3/11/2008 | ($36.20) | $0.00 | $0.00 | $82.22 | 568351 | | | |
| Canteen | 3/18/2008 | ($30.20) | $0.00 | $0.00 | $52.02 | 571502 | | | |
| Supplies-MailPosta | 3/19/2008 | $0.00 | $0.00 | ($8.74) | $52.02 | 572994 | | 2/23/08 | |
| Canteen | 3/25/2008 | ($26.89) | $0.00 | $0.00 | $25.13 | 574600 | | | |
| Medical | 3/25/2008 | $0.00 | $0.00 | $0.00 | $25.13 | 575303 | | 3/24/08 | |
| Medical | 3/26/2008 | ($4.00) | ($4.00) | $0.00 | $21.13 | 575985 | | 3/24/08 | |
| Misc Wage | 4/1/2008 | $64.48 | $0.00 | $0.00 | $85.61 | 577321 | | PI 02/24-03/23/08 | |
| Mail | 4/1/2008 | $150.00 | $0.00 | $0.00 | $235.61 | 577478 | 1191438081 0 | | G HAMMOND |
| Canteen | 4/1/2008 | ($17.60) | $0.00 | $0.00 | $218.01 | 577956 | | | |
| Pay-To | 4/1/2008 | ($50.00) | $0.00 | $0.00 | $168.01 | 578442 | | SUPERIOR COURT | |
| Supplies-MailPosta | 4/4/2008 | $0.00 | $0.00 | ($4.60) | $168.01 | 580309 | | 3/11/08 | |
| Supplies-MailPosta | 4/4/2008 | ($8.74) | $0.00 | $0.00 | $159.27 | 580903 | | 2/23/08 | |
| Supplies-MailPosta | 4/4/2008 | ($4.60) | $0.00 | $0.00 | $154.67 | 581283 | | 3/11/08 | |
| Canteen | 4/8/2008 | ($32.87) | $0.00 | $0.00 | $121.80 | 582915 | | | |
| Canteen | 4/15/2008 | ($29.07) | $0.00 | $0.00 | $92.73 | 586082 | | | |
| Canteen | 4/22/2008 | ($18.27) | $0.00 | $0.00 | $74.46 | 589616 | | | |
| Canteen | 4/29/2008 | ($22.50) | $0.00 | $0.00 | $51.96 | 593490 | | | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($5.05) | $51.96 | 594863 | | 4/25/08 | |

# Individual Statement
## From February 2008 to July 2008

Page 2 of 3

Date Printed: 8/1/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00350529 | RIEGO | MICHAEL | | | Beginning Month Balance: | $1.94 |
| Current Location: E | | | Comments: | | Ending Month Balance: | $85.36 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($5.05) | $51.96 | 594961 | | 4/22/08 | |
| Misc Wage | 5/1/2008 | $71.32 | $0.00 | $0.00 | $123.28 | 595272 | | DCI 3/24–4/23/08 | |
| Medical | 5/2/2008 | $0.00 | ($4.00) | $0.00 | $123.28 | 596415 | | 4/25/08 | |
| Medical | 5/2/2008 | ($4.00) | $0.00 | $0.00 | $119.28 | 596516 | | 4/25/08 | |
| Canteen | 5/6/2008 | ($29.13) | $0.00 | $0.00 | $90.15 | 597973 | | | |
| Supplies-MailPosta | 5/7/2008 | ($5.05) | $0.00 | $0.00 | $85.10 | 599398 | | 4/25/08 | |
| Supplies-MailPosta | 5/7/2008 | ($5.05) | $0.00 | $0.00 | $80.05 | 599487 | | 4/22/08 | |
| Canteen | 5/13/2008 | ($7.82) | $0.00 | $0.00 | $72.23 | 602184 | | | |
| Canteen | 5/20/2008 | ($22.76) | $0.00 | $0.00 | $49.47 | 605603 | | | |
| Canteen | 5/27/2008 | ($22.58) | $0.00 | $0.00 | $26.89 | 608611 | | | |
| Misc Wage | 6/2/2008 | $59.28 | $0.00 | $0.00 | $86.17 | 610781 | | DCI 4/24–5/23/08 | |
| Canteen | 6/3/2008 | ($12.71) | $0.00 | $0.00 | $73.46 | 612123 | | | |
| Canteen | 6/10/2008 | ($33.12) | $0.00 | $0.00 | $40.34 | 615888 | | | |
| Canteen | 6/17/2008 | ($17.78) | $0.00 | $0.00 | $22.56 | 618917 | | | |
| Mail | 6/20/2008 | $225.00 | $0.00 | $0.00 | $247.56 | 620793 | 12178885026 | | G HAMMOND |
| Supplies-MailPosta | 6/23/2008 | $0.00 | $0.00 | ($6.78) | $247.56 | 621265 | | 6/17/08 | |
| Canteen | 6/24/2008 | ($14.79) | $0.00 | $0.00 | $232.77 | 621671 | | | |
| Supplies-MailPosta | 6/26/2008 | ($6.78) | $0.00 | $0.00 | $225.99 | 623573 | | | |
| Misc Wage | 7/1/2008 | $55.73 | $0.00 | $0.00 | $281.72 | 624212 | | DCI 5/24–6/23/08 | |
| Canteen | 7/1/2008 | ($68.65) | $0.00 | $0.00 | $213.07 | 625582 | | | |
| Pay-To | 7/3/2008 | ($12.00) | $0.00 | $0.00 | $201.07 | 626753 | | | MD DIV OF VITAL RE |
| Canteen | 7/8/2008 | ($37.25) | $0.00 | $0.00 | $163.82 | 628408 | | | |
| Canteen | 7/15/2008 | ($19.35) | $0.00 | $0.00 | $144.47 | 630869 | | | |
| Canteen | 7/22/2008 | ($23.24) | $0.00 | $0.00 | $121.23 | 634615 | | | |
| Canteen | 7/30/2008 | ($35.87) | $0.00 | $0.00 | $85.36 | 639141 | | | |

# Individual Statement
## From February 2008 to July 2008

Page 3 of 3

Date Printed: 8/1/2008

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00350529 | RIEGO | MICHAEL | | | Beginning Month Balance: | $1.94 |
| Current Location: E | | Comments: | | | Ending Month Balance: | $85.36 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $85.36

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

### District of Delaware
### Case No. <u>05–12589–MFW</u>
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Scott Riego

SBI: 350529
1181 Paddock Road
Smyrna, DE 19977

Social Security No.:
   xxx–xx–6499

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                            BY THE COURT

Dated: <u>7/11/07</u>                                        <u>Mary F. Walrath</u>
                                                            United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

019231

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes; (applies to cases filed on or after October 17, 2005)

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (applies to cases filed on or after October 17, 2005)

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

019231   29309019270017



I/M Michael Rieop
SBI# 350529   UNIT E-D48
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N King Street, Lockerbox 18
Wilmington, DE
19801-3570