IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL S. RIEGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-433-SLR |
| | ) |
| THOMAS CARROLL, STAN TAYLOR, | ) |
| ELIZABETH BURRIS, PERRY | ) |
| PHELPS, and CARL DANBERG, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Michael S. Riego, SBI #350529, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $31.48 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _September 2_, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _September 2_, 2008.

_Michael S. Riego_
Signature of Plaintiff



FILED
SEP - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Michael Riego
SBI# 350529    UNIT E D48
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
03 SEP 2008 PM 1 T

Office of the Clerk - U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE
19801-3570